UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 16-CV-62383-ZLOCH

LOUISE ST. JUSMA,

    Plaintiff

v.

CHEN NEIGHBORHOOD MEDICAL CENTERS
OF SOUTH FLORIDA, LLC, a Florida limited
Liability company d/b/a CHEN NEIGHBORHOOD
MEDICAL CENTERS,

    Defendant.
_____/

**JOINT MOTION FOR COURT APPROVAL OF SETTLEMENT AGREEMENT AND GENERAL RELEASE AND TO DISMISS LAWSUIT WITH PREJUDICE**

The Parties, through their respective counsel, respectfully move this Court for approval of their Settlement Agreement and General Release, resolving the matter as set forth therein, and for a dismissal of this lawsuit with prejudice. In support thereof, the Parties state as follows:

1. Plaintiff commenced this action by filing of a Complaint against Defendant on October 5, 2016, for unpaid overtime compensation and retaliation under the Fair Labor Standards Act, 29 U.S.C. § 216(b), as amended, ("FLSA").

2. Defendant disputes Plaintiff's claims. During the parties' investigation of their claims and defenses, Defendant provided Plaintiff with her time and pay records. Plaintiff contends that her time records are inaccurate and that the records were improperly edited during her employment resulting in unpaid overtime compensation. Defendant denies that Plaintiff's time records are inaccurate. Defendant further denies that Plaintiff complained during her

employment about her time records or pay. However, in order to avoid the costs and uncertainty of litigation, the Parties negotiated a settlement of this matter. The Parties now seek approval of the settlement from the Court.

3. Pursuant to <u>Lynn's Food Stores, Inc. v. U.S.</u>, 679 F.2d 1350 (11th Cir. 1982), claims arising under the FLSA may be settled or compromised only with the approval of the Court or Secretary of Labor.

4. The Parties have agreed to settle the claims made in this dispute through the execution of the settlement agreement attached hereto as Exhibit "1." The Parties represent that, in accordance with the terms of the settlement agreement, Plaintiff is receiving a reasonable and satisfactory recovery of an agreed upon sum as payment for allegedly owed unpaid wages as well as damages for front and back pay, plus payment of an agreed upon amount for attorneys' fees and costs. Specifically, the settlement breakdown is as follows:

- a check payable to Plaintiff in the gross amount of $5,000.00, less lawful withholdings, representing unpaid wages and damages for front pay and back pay;

- a check payable to Plaintiff in the gross amount of $5,000.00, representing liquidated damages and all other damages Plaintiff seeks in connection with her claims; and

- a check payable to Plaintiff's counsel in the gross amount of $8,500.00, representing attorneys' fees and costs.

5. Plaintiff agrees and stipulates that the terms of the settlement agreement represent a fair and equitable resolution of this matter. Additionally, the Parties have been adequately represented by experienced counsel.

6. The Parties request that the Court approve the Parties' settlement as fair and reasonable resolutions of a bona fide dispute under the FLSA.

7.  The Parties further stipulate to a dismissal, with prejudice, of this action upon approval of the settlement by the Court as requested above and for the Court to retain jurisdiction for thirty (30) days in order to enforce the terms of the settlement agreement, if needed.

WHEREFORE, the Parties respectfully request that this Court dismiss this case with prejudice as requested above but retain jurisdiction for the limited purpose of enforcing the Parties' Confidential Settlement Agreement and General Release.

Respectfully submitted on this 10th day of March, 2017.

| For Plaintiff: | For Defendant: |
|---|---|
| BOBER & BOBER, P.A.<br>1930 Tyler Street<br>Hollywood, Florida  33020<br>Telephone:  (954) 922-2298<br>Facsimile:  (954) 922-5455<br><br>By: *s/ Peter J. Bober*<br>Peter J. Bober, Esq.<br>Florida Bar No. 0122955<br>Email: *jromanopa@yahoo.com*<br>Samara Bober, Esq.<br>Florida Bar No. 156248<br>Email: *samara@boberlaw.com* | JACKSON LEWIS P.C.<br>One Biscayne Tower, Suite 3500<br>2 South Biscayne Boulevard<br>Miami, Florida  33131<br>Telephone: (305) 577-7600<br>Facsimile:  (305) 373-4466<br><br>By: *s/ Scott S. Allen*<br>Scott S. Allen, Esq.<br>Florida Bar No. 143278<br>Email: *allens@jacksonlewis.com*<br>Anisley Tarragona, Esq.<br>Florida Bar No. 0051626<br>Email: *anisley.Tarragona@jacksonlewis.com* |