UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-62383-CIV-ZLOCH

LOUISE ST. JUSMA,

      Plaintiff,

                                            **FINAL ORDER OF DISMISSAL**

vs.

CHEN NEIGHBORHOOD MEDICAL
CENTERS OF SOUTH FLORIDA, LLC,
d/b/a CHEN NEIGHBORHOOD MEDICAL
CENTERS,

      Defendants.

_____/

THIS MATTER is before the Court upon the Joint Motion For Court Approval Of Settlement Agreement And General Release And To Dismiss Lawsuit With Prejudice (DE 30) filed herein by all Parties. The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Joint Motion For Court Approval Of Settlement Agreement And General Release And To Dismiss Lawsuit With Prejudice (DE 30) filed herein by all Parties filed herein by all Parties be and the same is hereby **GRANTED**;

2. Pursuant to Lynn's Food Stores v. United States, 679 F.2d 1350 (11th Cir. 1982), the Parties' Confidential Settlement Agreement And General Release (DE 30-1) has been reviewed by the Court and the same are hereby approved, adopted, and ratified by

the Court;

    3. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

    4. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot; and

    5. The Court reserves jurisdiction solely for the purpose of enforcing the terms of the Parties' Confidential Settlement Agreement And General Release (DE 30-1).

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___15th___ day of March, 2017.

WILLIAM J. ZLOCH
Sr. United States District Judge

Copies furnished:

All Counsel and Parties of Record

2